**6:24-cv-00359**

UNITED STATES  DISTRICT COURT CLERK
WACO WESTERN  DIVISION
DATED NEAR 6-17-2024
This  will be amiled 6-17;  2024. Compalint contains 14 individual
pages. There is enclosed  sefl addressed envelope that  has RETUNR
ENVELOPEREQUESTIGN FILE STAMPED CPPY USING MY FREE AMTTERS POSTAL
EXEMPTION. Kindly ensure that I am allowed to receive file stamped
copy  if you  do not mind doing so. Also, kidly ensure taht I  recive
copy of  dokcet report shoiwngall individual listed plaintiffs and
defendanst as well too

Copies  will need to be amiled to me specifcly:
Dr. Barry Patrick Emmett N.D.;PHD; C.F.T.
3201 farm road 929
gatesville texas
non domestic/UCC 2-302

**FILED**

June 24, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **BW** _____
DEPUTY

I am currently  barred by PLRA but ask that cort consider in IFP
review that i am not receiving a august  3rd, 2012 medicaly ordered
guten retrticted diet; Moss is not receiving  gluten restricted diete
as rderd wi eiterh  which  are both longstandign orders; both
aprteis Moss andEmmet also ahd older orders fro nutrition shakes that
arenot beign provided or allowed ot eb  renewd and with gluten diets
individual cannot obtian ll necessary vitmasin adn minerlas nor
requiree clacium form diet alopne and multi vitmaisna dn clacium are
amndated with gluten diets se per "DIGESTIEV HEALTH" MAYO CLINIC
2nd edition. Also,  HUGHES COMMISAARY IS LASO REFSUIONGTO SELL ANY
FROMAT OF RICE KNOWING EMEMT AHS GLUTNE ALLERGY  VIOLATING UCC chapetr
11 "DECETIEV TRADE AND PRACTICES ACT, WHCIH IS OGNTRIBUITN TO SERVEER
DODCUEMENETD WIEGHT LOSS OF OVER 85 pounds of muscle sicne 2019
documented. All oterhaprteis ahev nver field lawsuit sand request
toporceedd  infroma pauperis

Pleaseuse enclosed enevlopeto amil abkc feil stamped copy

Thank you for your time adn assitance

injunctions are laso  sought with tro by  emmet for refuslato allow
physcialamil in. toEmmet sicne he ahs  docuemnted medcial conditions
with rare  eye conditon where  ligt is damaging to sight see 2011
optometryrecodrs/confirming diagnossi

all staytd iz under purjury

6-17-2024    UCC 2-302

KEVIN MOSS 1485655                    USDC WESTERN
GEORGE THOMAS 2233000
SAMUEL SANCHEZ 1423263
a ADAN FLORES 2072957
LOUIS JOHNSON 1618910

versus

HUGHES MEDICAL DIRECTOR HUMPHRIES
HUGHES CMMISSARY SUPERVISOR
HUGHES NURSE PRATITIONER NASIOTIS
HUGHES GRIEVANCE SUPERVISOR ALL EMPLOYEES
HUGHES SECURITY THREAST GROUPS SEARGEANT ALL EOMPLOYYEES
HUGHES FOOD SERVICE MAJOR, CAPTAIN, ALL SEARGENTS AND
FOOD SERVICE EMPLOYEES
HUGHES UTMB PRACTICE MANAGER
BOTH SENIOR AND JUNIOR MANAGERS
 FOD AND DRUG ADMINISTRATION
DIRECTOR
USPS POSTMASTER WACO

LAST DEFENDANT
BARRY EMMETT 1383329

TITLE NEW COMPLAINT WACO USDC ADVISED UNDER TEXAS RULE CIVIL
PROCEDURE93, that similar claims are made aginst tdc executive
directro, and tbi director in austin whom has injuctive
relief jurisdcition over such individulas. This complaint
will be specificly geard to hughes nit employees alone.
TRO PRLIM: PERMENAT. . MOSS AND EMMET HAVE LONGSTANIDING ORDERS
OG GLUTEN RESTRCITED DIETS ADN THSI UNIT IS ABROAGTING SERVICE
OF SCH. ALONG WITH NIUTRITION SHAKES LONG STATING ORDER THAT
ARENOT BEING REVEWED HEREIN.   THERE IS NO WAY TO OBTIAN IODIEN
COPPER OR CHROMIUM WITHOUT THSESE NUTRITIONAL SHAKES PREVIOUSLY
ORDERED. : FOOD SERVICE IS USING GLOBAL PACKING SALT WHICH IS
ONE HUNDRED PERCENT SODOIUM ALUMINO SILICATE DETERMINED
TO BE CORRELATED TO BRIAN DAMAGE AS DEFINED BY FDA DURING 1970's
studies:  Both Moss. and Emmet seek leave to proceed Infroma
pauperiso on basis of abroagtion of gluten restricted diet
and abroagtion of baly nede nutriton shakes for its imposible
to obtian daily vitmaisn and minerals without aditioanl nutrition
support with gluten alleregnic dieat; see MAYO CLINICS "DIGES
TIEV HELATH SECT SECODN EDITION".  ALSO, BASIS OF ONE HUNDRED
PERCENT ALUMINO SLAT ( see 6:20-655 for po proof that global
apckaging slat is io one hundred percent alunimo siliacte slat)
ALSO. HUGHES COMMISSARY SUPERVISOR IS CONSPRING AGISNT EMMET
KNOWING HE HAS GLUTEN ALLERGY AND IS REFSUING TO SELL ANY  FORM
OF RICE ON COMMISSARY VIOLATING FEDERAL LAW AT UNIFROMA COMMERCIA
CODE ANNOTAETD CHAPTER ELEVEN "DECEPTIVE TRADE AND PRACTICESS
ACT. ALSO LIMITATIONS ON VITMASIN ASND MINERASL  DENIES DUE
PROCESS. AND EQAUL PROTECTION 14th and 5th: as  utbmb ordered
vitmain c a  at 1,000 miligrmas hg for eye suport yet thsi
isnt beign provided and it simpossibelto obtian with commisaireis
limitations moreoerv. accessabel multi vitmaisin contaicns no
idoen which is  criticlatolife thyroidand adereanl glandualr
functionality

all 14 paeg contaiend herein are staetd under penalty of
Perjury

Kevim Moss - - - - - - - - - - - - - - - -

George Thomas = = = = = = = = = = = = = =

Samuel Sanchez - - - - - - - - - - - - - -

Adan Flores - - - - - - - - - - - -

Louis Johnson - - - - - - - - - - - -

Shead, Emmett
Guerra et alk

v

 

MOTION FOR  LEAVE TO FEIL  INFROMAUPAUPERIS PROCHEDIGN ALONG WITH  INJUNCTIONS
BOTH PRELIMINARY AND PERMANET AS WELL

NOTICE OF INTENT TO APPEAL.  IF DEDNIED IFP OR INJUNCTIOSN

Simple as staetd, tdc is palcingmy life in daner with theic nelatn services
contract .  the crackedheaded tkn idiots have staetd in medicla contract
departemnt that due to staffing shorategs,  i will no longer recieve insulin
that has been oredered 15 yrs at levels 3 tiems daily;
instead, tha they are  now reducign thsi to 2 tiems daily, that of which i an
not recieving, and previous i was also oraeredd  nutriton snakes 3 tiems daily
wnoih like lead palintiff Emmett, was ordered by eant for nelatn yet tdc
units AH. has not provided; wnil court ans no jucisdclon over AH employyes
thsi court does indeed anev proper jucisdiciton over tdc executiev director and
 texas borad of criminal justice oirectors and all corporatiosn aas addressed
pursuant to  texas cuelof civil porcudure 33.

#2. tdc and all relevanc apctals are furtehr palcingmy lfie in dnaged by
abroagting my phone access along with email access,  for making complaisnt
andi palce my name on 65 typed apge compalint drafted by Emmatt wherein it
nas already been addressed tnat teh crackhead mu fkrs in tdc are cuttignotf
access to email and phoen  with algorytnms that snut off pnoen and emaisl
with  a purporetd aspect of " WIFI NOI ACCESSABEL" ; wnen its nothign  in such
antce, and sams to also ne targted towerds weeks dasy wnoreÍn inmaets donto anev
access to filing grievances or writting leters adressing fact tnat tdc and
SIG gan intelligence is and ans develped algorytnmyns that is fi co ombudsman
ismentioend or compaliant ace made upo oicitizationot tnat tbalet, tenn
within  the next 24 nours, access tophoen and email is illeigay shit off
Emmat and Moss are both now beign individulay targetd by STG TDCJ For4
beign involve with this litiagtion and comapliisnt adn wnat stg has doen is use
internal algorytam that  wnen call buton is pressed, it goes abck to  priginal
screen.
This isnt juts Moss, nor is tnis just emned  comrade Tranascus Hsead ans
ben targeted in sameexcat amnner whereing emaisl ar targetd with indicatiev
arrows where thsi processes emaisl staetd by tnsoe listed inamets directly
to STG within 24 nours and administcation on unit ana HV main unit intelli-
gence depart ment. there isalso no acces to writign peoepl with snailamil
and using  teh anen
OMBUDSMAN
or relaetd pnone number, or else tne mail simply  dsapperasrs,. so last
metnods availabel , email and pnoen anev now bene shut off, and what is l;ert
receiving incomung emaisl, o r or snanilamil, where elft townere if incoming
pnysacial mail is ebign receiven, it willsimply disapera so
there isno method to communctate on reguslc basis except without tnsi courts
intevention, so wnere asking tnat tnsicourt intervene ion emeregcny
abssi and imlidjtaeley so tnsi ssase to eb a practiec

page 2 kevin moss ememt, shead, guera 1:24-473 dated 6-17-2024

This will be amield off 6-17-2204, UCC recommende that  Moss be trasnefred ofo
unti.viilaitng his religiosu righst, Emet, Hsead and Guear ahev alreayd adressed
numerous   religious rights violatiosn, and thsi will merley exemplify  all
that ahs ben contiaend  here and therin said cimaplint tha nwo amounts ot
nearly 65 pages typed  submission
Each day that it remain on feil that tdc recmmedss Moss be transfered off
unti in vilaiton of  his religious irghst, he seks

MOTION FOR LEAVE TO FIEL SANCTION
Moss seeks sanction along with Emmet as well, ;
#1. Moss on  transfere recommendation adn abroagtion of diabetic insulin
predicated upon staff shortages;
#2. Emmet on  communicaiton abroagtion and tdc not allowing  incomming amil
and o r pictures based upon ; SEPCIAL NEEDS OFENDER DIRECTIEV
where Enemt ahs visual disability and needs toeb able to receive his physical
amil in any manner sicne he is submittign porrf that  light refraction is
extremeyly botehrosme to Ememst eey eys with adavcne kerataconus
This will be submited on date of

6_17-2024

Onmater of systematic abroagtion of  communicaiton  abroagtion and
staff shortages

Shead and Guera enjoin  injuncitosn request


TRAVARUS   SHEAD_____

Enrique guerra

Submitted


Shead
Guerra
Emmett
Moss

Moss----------------------------


Emmett------------------------


Sherad---------------------------


Guerra--------------------------

ATTENTION TO WHOMEVER ADDRESSED.
RE: VARIOUS

SUBJECT MATTER:
KEVIN MOSS INMATE 1485655

Above aprty is native amercian religion assigned to hughes unit for religious
purposes, yet UCChas recommended that he be trasnfered which violates
inmates riligous rights  RELIGIOUS FREEDOM AND RESTROTRATION ACT AND
RELIGIOUS FREEDOM RESTRORATION ACT

. said indivudual is aprty to lawsuit 1:24-473  adn seeks that
sanctions be applied to  defendants; as transfering will violate inmates
religious rights; along with  sdadi inmaet sekiga motion for leave to
pcoceed infcoma pauperis and feil  temporary restraing order, to frorce tdc
adn congress and texas govenor to isue  immidiet funindign to increase all
units stafing levels to 100 percent from current 67%.

What ocured, and  addressed, said inmaet  has taekn  diabetic insulin 15 yrs yet
now this has ben abroagetd  due to purpoerted alck of staffingto taek said
inmaet to insulin escorted, and speakignof which, tdc is currecently viilaiting
sanitation methods injectign inmates with nedles on winsgin stead of more
secure  anveronmnets in medcialdeaprtmnest.

Kevin Moss seeks to  request leave of ocuct in 1;24:473 as added aprtye to
all systemtic issues therein addressed in suit and to anjon ad seek  immidiate
entrocement of injunctions that will force tdc to inccerease staffing where
Moss will  not be deinied to life saving insulin predicated upon fact that
tdc  lakos fciers to taek Moss to insilin.

ALl content is staetd under penalty of purjucy
pursuant to TEXAS RULES OF CIVIL PORCURE 93 and 94

CERTIFICAEI OF SERVCIE

Attoreny generals offcei will beamtled cpy along with USDC austin

Submitted,


Kevin MOss 1485655
3204 FM 929
Gatesville Texas 76597


mailed to
j-USDC
- ATTORNEY GENERALS OFCEI PO BOX 12584; austin tx 7877111

ADVERTISEMENT
Travarys Shead
Enrique Guerra
Barry Emmett
V
STATE OF TEXAS CORPORATION
TEXAS GOVENOR
ALL CONGREE
TEXAS BOARD OF PARDON ADN PAROLE
AND COMMISSIONER DAVID GUTIERREZ
TDCJ EXECUTIVE DIRECTOR

ADDENDEM TO COMPLAINT

#1. since institution 8-3-2012 Emmett has ahd gluten restriction overri
dde 5 times. its still currently overridden palcining my lfie in immine
ne let phy h cal danger;

#2. Emmet, has documented spinal herniation 2013 , and is beign denied
egg chrt n amttress and EMT medicla van trasport. This is subjection to
cruel and unusual punishment.

#3. Emmett has been denied eye glasses fro 20 yrs except one teim 2011,
Emmett is leglay blind adn is  beign denied dsiability services 2107
it wass illeglay documented that emet refused satalite appointment on
mcconnel and ADS took off case load, Emmet needs bland cane; magnifiers
asio, under "SPECAIL NEEDS OFFENDER EXECUTIVE DIRECTIEV' emmet is en-
titled to ahev  glasses amiled in directly thru ten mail and unit warde
approval is not required yet this is not  beign allowed.

#4. Emmet  has docuemnatd weight loss of 85 pounds of muscle 2109 to
2021  till presnet, there was actualy an ordere for protein shakes 3 times
daily yet this was overrided, Thsi violates 8th  but also due process
14th. NP entered order, yet anotern Np  overrode the order.

#5. Emmet needs 5 dentia impalnts and ahs painand suffering tryignto
ocmmnsume food on daily basis, tdc ehalth servcies ( all agenst deonst
not exacuat this  any longer is what ememt is beign told.

##6. Emmet ahs ben denied treatment for carpai tunnel sicne dfignosis
2011;

#7. Emmet ahs ben dnied outside receation for ten last 17 yrs sicne 200
on regular basis; with loss andlack of staff thsi has ben exacrbated
fro ten last 6 yrs with no access to showers and recation even internal
This applies to Mr Shaead MR Shead and Mr Guerra as well, We seek syste
matic  increase of staffing to 100 % capacity levels. We sek thsi agisn
tdcj and also STAET CORPORATION : GOVENOR AND LAL OF  CONGRESS AS WELL.
@38. I have ben denied n hernia surgayr fro 17, sory 14 yrs sicne 2011
when originaly aquired

#8. Emmet was denied retian suregry fro 14  sorry 12 yrs, upon 7-13
2^22 suregry  Emet agredd toallow shief  opthomologist Petros Cordova
try teh retian and catarx surgery; uTMB allowed child studnet Guileppe
se to try; with this breach of contract thsi allowed osemoen that wasnt
even opthmologist but MD trainign tobe opthmologist after sauch i was
inapin and suffering for 2 yrs,and teh catarax they staetd was remoevd
was and is still highly  visibile. and damae to surroning  eye is

still vering  visible as weil



page 2 class action vs stae; govanor  adn
Mr Shead was poisoned by officesr, with abth slats in food ; after
that he ahd seizuresand aquired neruropathy of  fet which  ahs been
untreated for last 2 yrs sicne tiem of qaquiring condition by tdc
health services et al.
#8. vitamin C 1,000 was ordered for Emmet 20 2-22 2-23-202 yet unit lev
el providers refuse to enter order for renewal;
#9. Emmett and  multi vitmain order 2019 susanna corbatte 2019 moconnel
yet no prover after afct will  renew this involves CMC pharmacy refuing
to acopt unit levl provieders  ordered even if they do coem in.
#10. Mr Guera is beign deneid order to diabetic foot wear and diabetic
scosk order,and basic metafromin medicatiopn to control disabetic
condition
#11. tdc is denyn ement medcial box that was ordered by medcial. he
cannt use overhead orlower llakcers due to back and sight issues thsi
comesfor; law libray deaprtmenst but such is beign refused.
#1221. ALl three inamtea haev judasim reiigion on feil and are beign
denied acsess to kosher measl. in old testament it is forbiden  for
jews to ext non kosher fodo as i seperaet His followers from Him.
See aatcha' nclosed  form religiosu text.

Mr Emmett wishes to proceed IFP on basis that he has gluten aliergy
and that it ahs been illeglay overrided.
Mr Shead is indigent and requestes to proceed on that basis.

All apties request preliminary injunction that tdcj and staet and go
vernro be forced to staff tdc at 100 % caapcity so we can anev access
to recreation and showers on routine basis; and tnat we are not incessa
ntly fed brwon abg melas that are uncooked and not wholesoemand nu
tritious; We aso seek injnction that fresh fruit; fruit juice
we seek service of rela milk. What is  currently served, powedered milk
does contian vitamind, porcessign destroys the amouts of vitamind.
withn  no access to sunlight and no access to mikk we ahev no access
to vitmain d in RDA amounts
With lcokdwosn lasting 30 dasy and staff at below 50 % in alot of
cases thsi has exacrabated the suicide artio beyound what tdc ahs ever
seen and also what Mr Emmet ahs seen with  beign incarcerated nealry
27 yrs sicne 1998 strqaight damn near wardens haev ability to execute
what is called rolling lokcdowns where only portiosn of units are lcoke
ddown at a tiems and commissary is stiilrun. 6:21-243, Emmet ahs
ben denied access to litigaitng thsi casue where there is porff that
tdc is us... illegi amonts of alumino silicate in cooking food ,
the mater is ripe for dsicover with interogatories; and laso summary
jidgemnet. WIth tdc corporation polices  thsi violates access to
courts
we seek eit to 30 ady lokcdown policieswher tdc  doesnot evenhaev staf
to  feed; count; or even run showers. we seek increase to colrie count
to necessary 2000 calories  a day
All is stated under perjury per rul 93
Travarus Shead 1864700
Barry Emmett 1383329

ADDITIONAL CLAIMS

'1. TDC is palcingmy life in danger by abrogating and or not ensuring that we anev full access to radio waves in congruence with tile 47 USC section 207; There are too anny anturla dsiasters that are ahppening right now with teh likes ofsuch like tornados; any froms of impeadment to radiso waves violates federal law supra;

'2. tdcj health servcie fagenst• overruled longstandign gluten allergy listing on med records and food servcie hencfroth palcing my life in imminenet This alone qualifeis fro infromau pauperis movement

'3. Lupus diagnosed 7-13-2022 no trestement inany from ahs been provided in 3 years;

'4. Vitamin c proscribed at therapeautic levs fro rare eey condition with cornea 2-23-2022 not proscribed, sorry not refilled from hospitals ordered sicne  arrivn back at unit;

'4. Multi vitmain ordered 2019 Susann Corbete PA, not provided sicne day ordered

'5. hearnia doccumented 2011 not treated fro 13 years;

'6, carpal tunnel not treateed sicne 2011 diagnosis 14 years;

'6. Glasses provided one single tiem in 20 years even when at units with optometry on sight; allredd 2008; estelle 2012-2017; now even currecntyiy at  hughes with optometry as well.

'7. Im  ailowed to receiv glasses directly thru mail beign visualy disabled pursuant to sepcail needs offender directiev; tdc isnt allowingnor  will they even provide  copy of my disability rightsf ie what i just listed0

'7.I was ordered protein shaeks fro 85 pound muscualr loss f sarcopenia• by NP; thenanoterh NP wnet and oevrruled this which is i illeglay pursunat to TEXAS MEDCIAL PRACTICE ACT: ONLY MD can overruled NP after recviewing 20 years of medcial recodrs iow level prisons level nps and pas are acting without au thority, sicne MD acnonly delegaet authoritytotreat chroninc care aptients an MD has to sign off on eachand  every action or inaction concerning chronic care aptienst wncih does not ocur at unti level only at HG so all actionson recrods  for last 20 years by nps and pas are actualyillagla unde staet law amking thsi federla liberty intere3st viilation pursuant to HILL V STATE

.

#7. health scvices is refusign to revew thyroid medication .075 id they are refsuign to  renew eye drops for glaucoma last  2 years, thyroid medication forlast 6 years.

#8. I haev ahd docuemnted spinal hernation sicne arriavl; new one sicen offciers jumped on me 2021, neietrh one has bene treated by medcial in any amnner at all i haev docuemnetd asking for egg carton mattress forlast 20 years witn no avail

#9. 7-13-2022 i g agreed to allow chief opthomologist Petros Cordoav to try retian suregry and catarax; i  awkoe to chidl studfnet guiellepsie operating on ye andiscne i was awake i told them i ahd not agredded to allowign studnet MD, wniel Guiellepsie may ahev n ben MD, he was not occffically opthomologist yet,; moreoevr i sspecifiy agreed only to chief opthomologist Cordova;

A. cataxx is still highly visile on ey  and was never remoevd proving galveston incompetence;

b. my eye wasin pain for teh next 2 year and youcan still visibly see cataxx and also that eye was daamegd in operation sicne i now need hernai operation; shoulder and knee pardon board is palcing my life in danegr by refsuignto allow full medicla pardon

p2 additional claims 1:24-473

All teh board ahs todo is haev an agent coem and see my eye and it will prove thqt it is life endangering to attempt anoetrh operation at glavstion moreoavr, both on my hand and behidn left ear illegla incisions ahev been execuetd while at galveston for procedures that were not authorized which are both also highly visible as well too; All it agin takes is pardon board agent t ocem and take pictures of my eye and they will see for themselves inaltrnatiev im requesting a hearing on zoom for teh majestrate Susan high Iwar to visualize teh catarax still there,; red srrcound areas, ans laso teh damage that is visible to and man woamn or camera as well; which exemplifies need for outside suirgery.

Borad requires leetr form doctor foroutside treatemnt; yet i am doctor myself and with glaveston opthomology agreing that therapeutic levels of vitamin C at 1,000 daily which is about 20 tiems RDA to treat raer eye condtion tehn thsi solodifies poistional stacne that my affidavit alone shoudl suffice those requiremenst as to needing outside treatemnt of vitmaisn with vitmain C at therapeutic eivls and that also with commaig abck to prison after 2-23-2022 i ahev notonce been provided teh hospitla prosrcibed Vitmain c at all; now atksinto account Lupus diagnosis 7-13-2022 by hospitla, thsi to can be trataed with Vitamn at vitamin E at 600 iu daily and with that amount there isnoway to obtiam ntaht inside of prison at all. So, the only way to provide treateemnt of both elemenst is full medcial aprdon; Pardon board ans refsued to respond alogn with texas goevrnro greegg abbot sicne 2019 wheni strateted to feil aprdon petitions; tehy just recnetly snet reprieve application for first tiem in 5 years but will not provide information on eudcational pardon and medcial aprdon; teh court cna note that DA offered 20 yrs; however recnet perusl of docket reporst shows that trial tookpaice and that i was aquited.I was on amsiveamounts of psych med called thorazne at tiem of incarceration 2005 thru 2006 so i wa sunaware of thsse circumstacnes in any amner; Also pard parodn and aprel baodr allowed confirmend aryan brotherhood memebr Brandon Peters our coffeild 2012; within short tiem he was busted with date arpe drug aclied G.H.B.( GAMA HYDROXY BUTRATE) her i am with 2 madcial sciecn doctorates compl eted 15 madcial scienc trade certifications and BA in nutrition and parol boadr wont even respond, Bran don Peters, Arron Busbee, antonio Mediliin Chane fry all confirmend gang memebers were all grmaetd early special aproel when parols parodn baodr knew thes were desiganetd agng membesrwithg organized crime division yet they let these peole otu when they were evan elligible fro parol. i am supooed to eb reviewd 2025 sept there is nothign praveant aprie abodr form revviewing my eil now wwhichi ahev rapeatdly re qe requested nimeorus items; Thsi vilates equal protection of teh law ;#10. With diaganation of spinal hernaiitonsa i am entitled to whats called madcial avn transport which ahs apded setaliek emergency avn; all dtc halath servcies employees ahev refused; see Board Policy 01.02 TBJ delegates power to contract to TDCJ exactuve directro; thaimeans essentialy that the exectuive dire torand tdcj corporaiton are actualy whom is responsible for treatment of inmate also, i am vuisuaiy disabled and ben denied treatemnt of basic dsiability supies liek magnifiers to enalrgen wrods when ned, 2107 ads took me off fail forno reason; SATE waive soevngty on ADA and ARA clams whcih ahev both ben violated

page 3, additional claims 1:24-473

#11. I haev dsilocated shoulder documented 2009 MRI, no treatment since that time

#13. I haev torn miniscus right knee 2009 docuemnted sicne 2002 aquired no treatement providedsicne that tiem

I need cornea treatmenst that tdcj ehalth servcies does not provide SN SYNERGY®; SM SYMPHONY®: VIVITY®; These are offered at KEYWHITMAN EYE CENTER: along with light adjesatble lenses as well; With documented spinal hernaition not a single isaunce of apin medicaiton ahs been issued since documenting 2013 x -ray

Doctor brite john Chalunkas offers treatmenst that tdchj ehalth services does not; non invasive image guided pain medication injections; I also haev thyroid cancer ., ENT HG documented right sided nodule 2013; There ahs been no treatment provided sicne finding nodule in any maner; With my Naturo pathid doctorla abck groudn this too I beelive can be treateted with anturla elemenst as well; Im requesting SPEAR S HEARIGN ; I dotn even need fro a doctor to provide analyssi, any fool or idoiot can fell that teh right Also at this tiem, court can visaulize teh damage on eye which exemplifies that absolute need for emergency reprieve and or full medcial aprond; Aftrer reviewing

reviewing docket reports dalas county reocrds just recnetly, fiel f05-35473 it hsows where i was actualy aquited of all charges 7-22-2006 in Dalas amking my case beign here du double jeopordy; so, garnting full aprodn on madicla basis is not off teh wall and justice will be servced in corecting thsi injustice; ifnot, it willlook extremely abd for texas pardona dn aproei board that they are allowing aii teh docuemnsted confirmend organized ang affiliates outof prison 2019 ; 2020, and 2021 1 of which went abck out to sell massive amount of date rape narcotic called G.H.B which is similar in context t rohiphinol in strength and power; adif i look up the otehr im sure that they are abck in prison as well; eyt here i am with 2 medcialscince doctor artes ocmpleted writign post doctoaret anterial for kicks that coudl be positive addi tion to society and aproei wont even respond to my requestes; adn with ND PHD compilettion this qualifes for full eudcational aprdon as well and aprodn board is also ingnroign thsi submissions along with texas governor £2109 mcconnel shoudlahev recodrs of my certifeid amil going out ot governo gregg abbot. In actuality justic is served by full aprosn; and yes i am diagnosed as elglay blind about 80° with aprtial vision oin one ey and galvston admist there is way to treat wih vitmasin and unit level nurse prac titioeners undo ail that is postive by HG or any oterh unit levl provider. A JURY TRIAL IS DEMANDED IN ALL RESPECTS AND IM REQUESTIGN THAT ALL NEWS AND MEDAI BE .

travarsu Shead was poiosned with bath siast £ unknow date 3 tiems went into convulsiosn...sicne that tiem he ahs had neuropathy of feet andor foot which ahs ben untreated; he obtianed refferal to hg at mi but maliciosu offciers never allowed him to attend teh hg appt; Enrique guerra is bewign denied absic passes for diabetic foot ware; socks; shoes etc etc, and absic diabestic medication metafromin



³14. 1:24-473 dated near 5-20-24
Emmet is leglay blind with documented aversion to light by being medicaly
issued sunglasses 2011; frocing usage ob of ta atblet with drastic amounts of
light is crule and unusual puchsish ment ad violates ADA and ARA; Im reques-
tign emergency injncuntion to receivamy physcial amil so as not be froce and
subbjected to extreem amounts of light which i habe docuemnetd aversion to
im dcotor but am loos for correct termonology; photphobia may be appropriaet
but ist ist not fear of light its apin and sufferng o light exposure
Where it ocncerns sales of ribbons thsi also violates ADA my handwritign
is not where staff can read it, nor anyone else for that ametr so runing
acces to ribbonson each 2 wek basis ,a dn alloiwng more than one or 2
ribosn is needed to provide congruence to acces to courts; Emmet is also
assiting MR Shead in 6;24-105 ; his own isseu with systematic and inteniaonl
dmaamage to tdc cooking slat in food in slat with aluminum silicate
6:21-243....Now, teh accessable vitamin companies also removed iodien from
 vitmaina and all accessabel vitamisn ar contaminated with wehat and gluten
which Ememt ahs aliergecni reactions to; SO, i haev no way to redcue
thyroid acncewr and thyroid goiter which ahs food consumption to where im
chokingon food that i try and ocnsuem which agin can be felt by any idiot
adn o woudnot evenahev to be a doctor ; Thsi needs to be added to review
in SPEARS ZOOM HEARING;
See agin wher docket report of f05-35473 I was aquited of all chagregs
7-22-2006; so my beign here at all in non sensical; thsi too appplies to
consdieration of full aprodn
³15. I am dcoumenetd Aleph memeber, consumtion of non koshr fooddisconnects
to g-d so i haev no way to practie religion with full fiath unless i ahev
acces to kosher enlas on immidiate basis; in seg thes ahev to eb preapckaged
 meals that aer rabbiincaly supervised; which will amount to tdc sepnding
nearly §900 per m month to feed me alone with Shaad and guerra right behind
so 2700 fro all 3 of us to be fed each month; or i can be granetd full parodn
and tdcjs probimes go away.
  With 17 years experience ive learned how to now litigate and
tdc is in for a mojor fight on this casue; orim grnaetd full pazodn and
tdcs problems go a away£ see MOUSSA ZADEH V TDCJ 703 f 3d781£5th Circuit 2012·
The right to kosher measl was already esatblsihed so, thsi is only about
enforcement right now of that alreadywon right
³150mega 3, and neuro guard were ordered by specialists for brian helath but
upon retrun to normal unit providers refused to order. ill repeat that
in reviweing records teh court will see that records review will show that
no MDs review what there delagates are executing under Texas Medical
Practice Act in any amner. I haev lost 85 pounds sicne 2019 in unhealthy manner
and ahev nor t recouperaetd my health weight whcihc sicne i i was
semi porfessioanl boby builder 2004 and 2005 my wiseght was good 235 with
120/60at all times beign near 5;'11" i shoudl be at least 185 to 190;
 There is highly visible rectangle onleft ahdn after retian suregry which im
plicates piece of metal apicedin ahdn sicne i bled for weeks after suergyer
on ahdn wehn retian was supposledy operaetd upon; this has ly left ahdn
and wrist giving out if and when i try basic exercise movements now whcih
alsocomproises life, whcih agin will eb extremely visible to majestarte
judge on SPEARS HEARING exemplifiying need also for out side surgery as well

p5 additional claims 5-20-24

see attatched where it ahs high lighted areas

Im requesting that tdcj and all aprteis be sanctioned as tdcj is saying that
i ahev to provide a telephoen number to courts whihc is only accessaible in
the courthouse sorruy only avaible in law library to accesss to forthem to
process my request for Shead adn guerra and Emmet to communicaet ion
more normal and idrect routing; so

MOTION FOR LEAVE TO FIEL SANCTIONS REQUETSY

Defendants are interferring with access to courts by what is just stated.

Guerra adn Shead ahev never feild lawsuits and request to proceed IFP
as amter of fact

Emmet is 85 pounds lost and protein shaeks that were ordered due to thsi were
illeglay removed without even appointment; his gluten allereghn diet was
also removed without appointment as well
1,000 miligrasm Vitmain c was ordered fro eey health which is not beign received
; Lupus disgnsed 7-13-2022 ahs not been treated in any amnner; thyroid cancer
nodle right sided 2013 ENt is grwoing adn clsing esophagus, untreated 11
urs; on thes elemenst Emmets requests abroagtion of 3 striake abr ad ask that
money be atken off his account only if court will not acept Guera and
Sheads requst to proeeed IFP for all aprties involved.

If court will grant speasr hearing on consideration of IFP I beelive that
majestarte looking at Emmets eye will allow her to see that allwoing anoterh
utmb experiemnt is life endangering in a severe format.
'2. We request emergency acces to slat that isnt aluminum absed;
'2. access to multi vitmin that contians iodien as well
'3,. Emmetetts requets forced order to se that his vitmain c 1,000i; ;protein
shakes 3 tiems daily; gluten alleregcni diet aer all reinstaatd by forced
ordered of thsi courtf noet 6:20-655 shwos proof of slat apckage that is
100 percent sodium alumino silicate and illegia by federal alw £FDA rules0·.

Per TEXAS RUEL OF CIVIL PORCEDURE 93, all is staetd under purjury
Emmet sbmitts thsi as act of "AHIL AMRY" ; i haev doctarte in naturla
science so accessing vitmains and minerlas is criticla to survival and utmdb hos
ptialalready acknowldge thsi so im reqeustign that you consider that
eb before denyng such; also im reuqestign that a representatinve of pardon and
aprel baodr be at eharing and actual represenatative f Teaxs govenor Gregg
abot as his office received educaiton aprodn request 2019 with PHD thesi
aatcjed and still did not haev teh ocnsidertiqaon to address what was sent
certified retrun receipt reqeusted so i know his ofcie and agetnts received
what was amiled
           Thing is Emmet is beyond physiclay daamegd and tdc ahs apiced metal in
food 5 tiesm in last 15 years where 5 amjor teen ahdto be pulled which now
needimpanats to eat without pain andsuffering, this too tdc no loberger
allwos and is anoterh predicat for medcial reprieve adn aprdon as well
so, Please combine SPEASR EHARING with IFP hearing on ememst behalf
uf you willnot accept head adn guerras IFP movements forall 3 aprties

p6 1:24-473 dated 5-20-24
See 2:18-247

Emmet ahs composed post doctorla article aclied "PROMULAGTION OF HYPO NAETRE-
MIA"; there is no aces tolast thatisnt infested with 100 ° aluminum;
teh consequences aer spelled ou in my post doctarate artilce
dcokets 57   67 thru 72; 2:18-247
A simple review will shwo why lack of slat is life endangering
This shoudl laso qualify for IFP and TRO and Prelimn on that basis alone

        Emmet apolgizes to court if soammotions are redundant as subjection to
incassant alumino silicate causes documented brain damage and unless this
court takes actions my redundaency of motions amy only increase as damage of
neurological ahppenstacne ahs bensubjectioanl now 6 years with court at
¶6;21-243 doing littel next to nothign\past discovery;

        Im praying that this court will act differnetly and allowing judicial
intervention that is bdaly i needed

        Thats, andwith choking on food due to thyroiid cnacer closing esophgus
asimple offcier cna put on gloves and feel throat and see that right sdie is
drasticiy  swolien ; that and court cna visualize the damage deye which utbmb


Im entiled to abck/brace refused 20 yeras i haev on eig shorter than teh oterh
refused medical boots lifted 20 yeras requestign medicla tarnsport order  adn ha
ahev ben put  thru pain and sufferng with metla bennches on abckand spine
with  no  form of pain medciaiton 20 yrs
Ive been deneid  regular access todaily sunlight laong with head Shead
adn guerra teh last decade; with last 6 year simple acces to recreation perido
ahs developed to non existecne; with tdc staffing at 67° we sek toforce tdc and
governro and all ocngress topass fuidngin to bothair conditon qll ssytem and
employee staffingat full acpacity at 100 °; sine lawsuit that  won air con-
ditionsng forot to sue goevrnro andocngress  this iwll eb corrected now;
With affidavits ofAutruro Lazcano submited thsi provides evidential supportrt th
subjectionto any furtahnr utbmb hospital experimenst  is suicidal  adn i ahev not
intention to allow such, eyt i do need numoeorus procedures down adn  even
ahev porrof onlie docket report f05-35473 thta shows  aquitla so askign for
full aprodn on that bassi is not off teh porverbail wall and is entrely within
releam

        Copy was just fiel of aquital poroof 24-10128 5th ciruit application for
sucesiev petition. This was deneid whiel claim is 100 ° provable and proof was
submitted. im simply asking to be allowedotliev for ocntnued  subjection to
tdcj helath servcies is certain death; i haev 2 medcail sciecn doctoartes adn
can be positiev member of scoiety even with drastic eye sight compromise i can
still  open xoom treatmenst with anturla scinec advisement and my methods of
exercsie were documented towhere i can traisn  fitness trainers in my won method
that agined 50 pounds of muscle in 6 months; with price increases and
staff raductions its  entirel impossibel toobtian necessary amountsof
protein to perform absic  exercise movementsso, too i need soem form of operatio
onleft wrist and whateverutmb galvston palcedin my left ahdn removed so i can
perform bassic exercises without my elft ahdn colapsing

P seven additinal claims; 1:24-473   5-20-24 TRO IFP

Lupus acn be treated with therapeutic levels of vitmain e; whcih i haevv
already proven that  lower unit level providers will notacknoweldeg; thsi makes
it criticvla to haev  at least reprieve issued  to exetnt where i amableto
adres  the issues of eey ahleth and  Lupus myslef; also, disability supplies als
cutme off illelgay 2017 offcierstaetd is refused appointment which didnto
occur; So, thsi tooo exemplifies 20 ysr history of alckof treateemnt which is
only getig owrse and worse

      I wriet  entriel books tield :THYROID AXIS: which expalins importacne of
Iodone in body; once submitted 6:20-655 tdc conspired with tehir vitmain company
to ahev them ramoev iodoen form tehri mulit vitamins; teh isued protein and
nutriton shaaks contianed iodien; Copper; Chromium; Leucine and taurien which
cannot be obtianed in RDa levels anwhere else is diest,, so thiscourt enfrocign
re-orederign of the protein shakes is criticla; ill re-emphasize that pardon
baodrs attendance on spears eharing is also criticla as well too
The last 15 yrs i ahev ahd seevr spinal damage from  beign forced to  driev on
buses and avns that contian no padding; afetr reuqesting medcialorder to
enetr EMT EMERGENCY  MEICAL TARNSPORT all they ahev todo is enetr it ocn compute
and  it woudlnep; eytnone of tehm ahev odne so in 20 yrs; ive ben slammed around
numoers tiems all due to beign forced on these avnces.
VVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVVins

      I do not believe what i am askingis rokcet scieone

IN THE ALTERNATIVE||||||||||||||||
Eme is not technical pauper; i willbe paying the  court ocsts associated with
lawsuit if court will no allow guera and Sheads IP IFP tocover cost for aall
thre of us
MOTION FOR LEAV TO FIEL TIME EXTENTIO
I will need 60 days to apy filing fee in teh leats, 1:24-250 addrese prblems i
ahev ben ahvng to egt money of my account

I will need 60 days minimum to egt filing fee to ocurt
note 456 was jsut snet to tyler for 6:24-11 whcih was already dismissed
i  exaplined to clerkof court that 6:24-11 was beetr addressed in austin and
requested that teh fudns be trtansfered to this couirt;
If thsi is doene, id raterh divede 200 toapply to  thsiaction
Then 200 to emmett v IRS et aki 489

AFFIDAVIT I OF INCROFORATION
all claims in 1;24-250 are hereby incroporaetd into claim staetd under
penalty of  purjury
viewable
us courts.tx.us.gov



'17. paeg 8; 1:24-473
tdc is extorting inmaets in retaition for lawsuit 6:21-243 tdc increase
all correspondance amterail to §5 fornote pad  form §2;
typing pdas 90¶ to §2.50; Wedeamnd tobe allowedothaev outside vendors amil in
   statioanry as tnsi once was allowed so as not tobe subjectedot
extrontion and monopolized fees that ahs becoen outlandish andout of control
   2¶ envelopes  now 56
tdcj has taken adavnateg of small antionwide increasses adn used this element
to simply extro the inmaet populous now to exetnt that is drastic in
measure


318. Exampleopf koshe emals that weall are supposedto eb receiving in sge no
amter where  weare shosued is enclosed
'19 tdcis conspringwith  swintch typing companies and acrbon apper companies
towhere  they will abrley make an imprint at all soas to abroaget  litiagtion
agsint tdc and staet and federla elements
requested releif
fo4ced court orderallowign outside vendros  toeb ableto amil in
  correspondance amterial
and forced issuance of kosheremlas 3 tiems daily in accordance with
MOUSSA ZADEH as is already established in federallaw


Submitted on or near 5-20-2024
REQUESTED RELEIF ALSO
FOCRCED ALLOWANCE OF INMAET TO INAMET CORRESPONDANCE IN ACORDANCE WITH
POLICY
see highlighted e-verify asking for  courst phone number which i ahev no
ability ot obtian, i was toldmy by tc agentL: :"[T]hats not my job to look up".
actualy, its is your  jodb,. and im asking tehocurtto force dtc to execuet their
nondiscretioanry administrative duties
i ned gluetn aileregy dieta  order; vitain C 1,000renewd, protein shaeks
3 tiems daily revewed; parodn board o provide cirteria for full eucational
apdrodn and full medeial aprdon as well too
im asking for forced and immidiate order thati , us all ahev acces to
  slat that isnt 100 percent aluminosilicate9 tdc saw what i was doing with
  lawsuit 6:24-11 and switched otanoetrhcomapny that jsut list slat as ingr3e
dient but  teh comapny is stillk suign alumino silicate and is violating
DECEPTIVE TARDE ADN PRACTIEC ACT; were sekign immidiaet issuance of fresh fruit
fruit juicein dieta and 2,000 calories isseud daily as well on emeragncy
absis, Ename nt is still over 35 pounds under weight


Thank you for your tiem and  consideration

barry Ememtt
Travarus Shead
Enrique guerra

Page nine addition and TRO 1:24-473.

#21. I am allowed by polciy to haev eye glasses snet in directly thru teh mail pursuant to "SPECIAL NEEDS OFFENDER EXECUTIE DIRECTIVE"; this explains an individuals disabitlity rignt for soem one with visual issues and I am allowed to haev glasses snet in directly thru the amil without approval of warden as the executive order overrides any adminstrative desire and or objection to such instance. Since being diagnosed with rare eye condition 2011 and ADS file 7 yrs, this has not been allowed fro last 13 years. To extent that i am deni denied glases from optometry and beign amiled in $25,000 is demanded per die each day that tdc corporation abroagtes thsi allowance and thsi will be also exemplifed by teh fact that I am on unit with optometry Hughes and i haev alos ben on Estelle for blind program 2012 thru 2017, and yet still denied access to thsi basic items which by polciy i am alloed acces to optometry services eahc year whcih agin ahs not ben allowd but one tiem in 20 year; each day I am denied Vitamin c 1,000 miligrams daily i am demanding $25,000 perdiem; Eacjh d day I am deneid multiple vitmain tht was ordered 2019 by PA Susanne Corbette I am demandign $25,000 per each day , per diem account,; severed for each inst;e Each day that Travarus Shead is denied te treatment for peripherla neuropathy he is demandign $1,000 per diem in damages, punitiev and compensatroy;

#22. Concernign Emmest claim of damages; He has ben tortured by internal polc for teh last for teh last 17 years al for studying; 5 teeth ahd toeb removed simply for learing all with visual dsiability, 2 medical scienc degrees 15 medical science trades all verifiable on line at 6;20-655; 3:21-1581 PHD thesis.1 Concernign Teaxs Govenor, and Pardon boadr i haev ben addresing them certifeid mail for teh last 6 years with no avail; Im sure a jury trial wou love to haev CBS news or NBC come and hear how Bard is allowign confirmend gang memebrs form organized crimianl organizatiosn out with ealry and speccail paroel, all eh whiel someoen that is cripple due to officer retaltion and intenticanl staravtion, all the wnle stil lcompleting 2 medcial dcotors degrees is left here to suferand die all teh whiel he was aquited 7-22-20026, see order attached where i submitted double jeopardy claim; 5ht ciruit coudl acre less, so that leaves teh option of pardon that of which board will not even mail me their ruels of what qualifeis or not on pardon

#23. Guerra; Shead adn Emmett all naev bensubjected to extreem amounst of ten years of torture to toxci metals in water supply; see 6:21-0002; Thsi porves arsenci; antimony and aluminum as well; We seek TDC to be forced to provide us 200 water botls of wter each month so as to ensure we ahev clean water to consuem thatt is not highly contaminet. These come from units that both Emmet and Shead ahev been on; Estelle; whiel allof us ahev ben on coffieldwnich is notorius to ahving ttoxci water supplies as well; Damages are sought per diem $5,000 daily per diem until we are provided 200 water bottls per month as tdc acnnot be truted to haev clean water nor clean up theri ten year history of deadly amonts of arsenci and anitimony

page ten 1;24- 473

#24. MOTION FOR LEAEV TO FIEL SANCTIOSN
See enclosed where tdc is high lighting court phone number as reasonto deny routien acces to inamet inamet communication ion thsi lawsuit.
financail sanction aginst tdc paybel to court shoudl be granetd; also, tdc corporation shoudlbe held n contempt of court as well .
id, i was ordered ads pillow andnot even provided it; tdc shoudlbe sanctioen andheld incontempt; egg acrton mattress is standard to aloow pts with spinal heernaiitosan; thsi ahs not benallowed in last 20 years which is standadr care for pts with spinal herniatiosn;
#25. im demandign $25,000 perdiem uniti tdc helathh servcies ra orders teh protein shakes 3 xs dnisly that was ordered; also, same shoudl eb held to contempt and sanctiosn as well; as well as inducing TRP adn prelim; I am 85 pounds under eight sine 2019 haath and exercsing without writs buckling due to drastci SARCOPENIA( now)
#26. see where This Guieseppe, Rodney with MBBS, im guessing this is individual with Masters degree; thsi is whom was operating with MD Petros cordoav supervsing but i only agreed to allow MD petros Cordova to try to the catarax and retian suregyr; I awoke to rodney guiseppe with only a masters degres in science perfrosming suregry onme; and see where i sign teh document and you will see : UCC 2-30Z. This litr literlay means "UNCONSIONALBE CON TRACT". So, there is no consent to teh risks and damages execuiet. I guess sicen tehy beleive tha they ahd valdi signature they could do whatever teh fk they wanetd; but conttraie mon frere you do not haev aviid signatroy so all amters ahev been sued.

AFFIDAVIT UNDER RUEL (3.
Pursuant to TRCP 33 all corporatiosn are sued under TRCP 33 in corporational identity.

Cordoav and Guiseppe are added as aprteis

JURISDCITION
STAET OF TEAXS CORPORATION is whom indictas us and aiso whom promuigated TBCJ; thru Board Policy 01.03, all powears to contract haev bene deleagetd to Executive director by any anme; soall madcialcontracts are within releam of executiev director; .
This is not limited ot 1 or 2 instances, this is catastrophic history of 17 years of abuse and litrela totrue all for havign audacity to obtian education intrernal which now supasses any MD on teh unit level.
My post doctorate book on endocrinology is online 6:20-655, written for enter tairment purposes, my rewaward by tdc ahs ben to be physcialy abused and tortured' a whielabck ahvign ehat restrciton on faili wa snet to coffeiid twcie; then wynee unti all when heqat restrction was on lie already;
Travarsu Shead ahs thsi same ehat restrction on feil but was snet to coffield as well when neitherhof us shoudl ahev baen.



page eleven 1:24-473; TRO additioanl claims
in reaguards to thsi, Shead and Emmet seek  jury asesed damges for apin and
suffering;  punicive and compensatory adn out heat  restrcitosn were
on feil and visible for all medciaitose and had highest arting priority 1
rating , so neither of ufs shoudl ahev benhoused on coffiled in any amner.
#26. tdc corporation  is usign their gang intelliegnc deaprt ment to  illegla
alter my out goign emaisl that contian complaisnts to Rabbis at Aleph orga
nization; Ill be sekign deposition of Rabbi Groner Chaim and Bentzi
Geisinski so  to solidy thsi position as tehy are the ones whom  brough
teh illeglay alteration to my attention.

MOTIONN FOR LEAVE TO OBTIAN DEPOSITIONS AND INTERROGGATOREIS
said aprteis can be located at
Aleph Institue
94
9540 Collins
Surfsdie; Floriada 33314

2 interogatoreis are needed to solidiy thsi position that gan  intellignece
is usign premise that im whiet supremecist  whenin factim jewsih and not
allowedin  whiet supreamcy organizatiosn; so  teh usgae of gang intelligenc
to alter my amil is palcign my life in imminent physical danger;
Now, tdc ahs cut of facess to teh atblet altogeetrh , so there is no way to
communicate with outisde but thru physical amil
Actualy records exist where  there is repeated confiscationof mailand
emaisl where is says secuirity  threat  or
that iam viaiting  soem polciy where i cannot ahev person operaet
soclai  media acount; Ill be chailenign thsi polciy as violating 1st amend
ennt as well;  i was requesting that  coampny and friend place my picture
on face book andx staign inmaet completdPHD all whiel in prison in medical
scienc field; alond with Nd Naturopathic Doctorate

Please fidn enclosed application to pardon board with various afidavist
amieid totem as well. Persoani information ahs ben redacted. I am requestign
interogatroy of aunt I  he helpd ed with thyroid iseu that I am requeting
aslo remain under seal as to her anem and address, only  accessable to
attorney generlas ofcie and pardon borad in ths  mater. Thsi  exemplifies that
i am popsitiev and ocntributing mamerb of scoeity even in here already

MOTION FOR LEAVIO OBTIAN INTEROGATORY  FORM UNSPECIFEID AUNT

I assietd my aunt with adrenal glandular problem that she had for 6 years
all teh wheilall the so-clalled specailsits coudlnot figure out what was
wrng with her.
        . Some long and detaield instrcution on history of problem and
requested blood tesitgn foudn extreenly low t3 whcih os not even
standadr to eb tested buy Nurse Practitieoners; also se my articeis on
why treatemnt fo thyroid isues by Nurse Practitioenrs shoud eb all togetrh
abolishe; 2:18_247 dockets 67-72

page tweleve 1:24-473 dated 5-20-24  TRO; additionl claism
~~This will exemplify~~
The issue of understaffing;  Nurse practitoners actign illeglay with no
~~medcialDoctors signgingoff on their acitons is life endagering enough~~ ; along
to warrant federal conseravtroship,sicne tdc was already ordered by the
~~federal courts to paice air conditoningintoall prisons but ahs failed to do~~
so; thsi lawsuit is properly addressed agsint governro; all gongress ;
~~and SIAET FO TEAXS CORPORATION under rule 333;~~ Whati can convery to all
defendadanst is that i ahev ben litiagitng 178 years and your in for a fight
~~on tehisand  all aprti on -489;~~ with USPS eat al as well.
TDCj has no helath services, its fkn abuse thru medcial ignorance and flat out
stupidity all evidence is incorporated on why Nurse Practitioenrers
and Physicians shoudl not be allowed nor even meccial Doctors that are
practitioeners , totreat issues concernign endocrinology; My thyroid  medicati
was cut off  and isuedali at same level of TSH and TSH ahs no relevance to
secondary hypo-thyroidsim( see 2:18-247 dockset 67-72; thsi ahs supporting
medcial encyclopedias that address why TSH ahs no releavcen tomy congenitla
condition.

        I coudl make entei practiec on treatign individausl with variosu so
~~ctiadocndtiosn which are actualy~~  thyroid 'deficeincies'. ( see  the 2nd
master; Dr n Broda Barnes MD: PHD Thyrodi Physiology; see teh master
Dr eslie J Degroot).
        #Im sekign reinstatement of levothyroxine at .075 daily; all tsh
~~fro my condition willshwo noraml .6 to 1.1;~~ optmal TSH is regulaetd at
2.2-3.3. triiodothyronine is only operative thyroid hormoen in the body
~~TSH reguaets absoluteyothing t4;s also ahev no cellular fuinctioanlity eiterh.~~

        ~~MOTION FOR LEAVE TO FEIL DISCOVERY LIMIIED TO AUGUST 1st thru 30th~~
2012. Thsi shows institutionog lguten allergenci diet and thyrodi test drastic
~~off teh wall 2 tiams with absolutelyno treatenet whatsoever. There ws no~~
hormeon induced until 2018 so no treatemnt fro nealry 7 yar which has now
benilleglay cut off.
        I will re-iterarte thatif court will not laow Guerra and Shead to
~~prosedd infroam Paupeis i will haev to ahev 60 dasy in tehleat to  amil~~
teh 400 dollars to thsi court
        Pursant to TRCP, all is stated under penalty of purjury; also
unitl clekr issues servcies, tomy knowledeg  certifiacate of servcie is
actualy  a  moot issue
        Also, all feil by prisoners is automaticly email to attoreny  generals
offcie
        WALKKER COUNTY
CORPORATION
        Most medcial isues are beetr addressed on  tort in staet level litiagtio
so 2014 i field  trot agsint utmb corporation; 3,000 bond has ben secured and'
~~andto date teh judge and clerk in that  shuit are refsuignto allow  any~~
servcei on teh amin aprteis STAEIFO TAESX CORPORATION AND UTMB CORPORATION



page thirteen additionalclaims and TRO 1:24-473

Tdc is ref sory walker county  corporation is now threatenign to
dismiss suit for want fo prosection yet there ahs bennoting or any action
executd by that court for last ten yeras and with 3,000 bond secured an
amlroom supervsor michales; amilroom supercvisor mcconnel sued warden
estele sued, there shoudl eb littel foubt that i wish to prosecuet that
litigation in 14-26900; so courts ocntention that  teh  there is 'want;; of
prosection andtoext3nt that medcial issuesar bettteraddresed in staet court
the judge clker and corproation arepalcing mylife in imminent physcial danegr
in  tryignto dismiss teh acse forwantof prosection.

hence forth im seekign EMERGCENY TEMPORARY RESTRAING ORDER TO PREEBVENT
WALKER COUNTY CORPORATION FROM DISMISING SUIT( 6;21-243 treid to sever adn
transfer to 4:21-2130 but tdc woudl not allow myamil to that court for that
specifc reason, as amil iues are sometiems betr addressin  tortiosu inter
ferecne withcommercial afairs via trot, so aborgation of incessnatamil
issues is beyond life endangering, and poroof goes back etn years liek thatofw
liek that of which i ahev feild in record on 1:24-489;

TRO is drastic measurebut im also askign it be used to enfroce  medcail
order of PROTEIN SHAEKS THREE TIEMS DAILY; I haev gone form 235 2019 helath
to what amybe now 149 nelary 25  to 35 poundunder weight.
Unles thsiourt uses extroidinanary remedy tenn i wlisuffer irreparabel  ahrm
on thsi amtter.


This  will be submitted near 5-21-24
#26. See where tdc ahs option to treat internal grieavces as emergency
isue, thsi is not being execuetd properly when they haev the option to do
all systematci grieavnce investigatros are herein included fro deliberate
indifferendce to treating emergceny griavcnes as emergency when they ahev that
optiontodo so

Kind Reguards

Barry Emmett ND:PHD

page  fifteen 1:24-473. additional claims and TRO

#27. One  C. Ford as exemplified herein is  refusing to allow my amil off
hughes unit without adding a zip code; frocing me to enetr into contract
by forcanle protest that im soem form fo taxable entity; I am human being
and not subject to corporational codes, so  C Frod is added for purpose of
declaratory judgement and daamges as this court  lack jurisdction to force
her to do anythign via  injunctive relief. See evidence of incessant encloses
that are beign snet toem implying that a zip code ahs to be added. See Do-
mestic Mail Mabnual 122.23; :"[T] he usage of zup codes is entrely voluntary
so imnot required to  palce a zip code off to send mail any wnere.
Im also  enclosing  proof that its  impossibelto obtian necessary  vitamisn
from diet and  with bread and wehat allergy; utmb woudl ahevto  provide
 me  6 protein shaeks dailytoreach RDA levels or iodien( 150 mcg) ; so im
seekign $25,000 damages punitiev and compensatory and sepcial damages
sicen ivae been strarved  down 85 pounds of muscle and fianly get protein
shaeksordered tehn  tehy are abroagted; commissary multi vitamin contians no
minerals at alk violaitng DECEPTIEV TRADE ADN PRACTICES ACT: CHAPTER 11 UCC.
All products that tdc uses that list 'salt' but do not speall out sodium
chloride or sodium alunino silicaet also violate DECEPTIEV TRADE AND
PRACTICES ACT AS WELL!!!

. We all sek to froce TDC to cease contracst with companies that simply
list 'salt' as ingrideint' as  thsi new comapny "EVERYDAY" and "BARBCO'
areboth using illegla amounts of sodiumalunino silicate at 100 percent
which FDa banned long ago; the  vitmain company NATRUAL CHIOCE ADN
"ANATRUES CHOICE" vitamin e acetate eawwas anned by FDA 2019 afert e-cigarettes
were linked to this  prodcut as  causing cancer; so tdc ontract is  illegla
inall anner.

#28. tdc corporation has internal policy that allows purchase of 60 stamps
with 'good'casue' with 2 class action lawsuit' 6;24-105; and -473 ; also
6;21-243 adn 1;24-489 i ahev more than enoughg to qualify for  beign able to
purchase 60 stamsp each  store day so,  thsi tooo is not  beign alloed which
iama alled by polciy.

        enclosed shows secuirty threat group stopping compalinst form leavign
prison on basis thatim whiet supremecsit when im jewish; so their purporetd
claimis entirely abslless; this is used as disguise to simply stopp compalints
fromleavign  prsion usign intelliegnce deaprtemnt and here you ahev proof aof
thatameetter. Restrainstned toeb issued ; also sanctions shoud isus nad tdc
eb held in contempt on intentionaly shuttign down seg atblet acces in
retaltions for filnsg in thsilawsuit; my curent neighbor is medium custody
in same area and ahs acces tohis tabelt so wifi is not teh isseu tdc is
atrgeting specific inamets form accessing thier tablets in retaltion
but never teh less i ahev medcial ocnditon that requires sunglasses so
thisis proving that ocnditon exists that casues suffaringto light exposure so
i need  TRO isued to allow all physical amil tobe receiveed on rountien
absis as  atblet light is too brighty.

Tdc has doen everythign that they can toimpead  casue 6:21-243 which
addreses intentioanl  poisoning with alumino silicaet salt wncih ahs already
been determined to cause permenat brian damaeg so thsi court will ahev to
excsue if i feil redundant filinsg; and its best to combine all IFP TRO
motiosn all togetrh for review at on single teim

page sixteen 1:24-473 additioanlclaism and TRO
 the issues of gluten  diet aboragtion is critical along with protein shakes
sicen  accessabel multivitmain no longe contins any minerals also there is
no way to obtian leucine; aturien; copperand chromium ierth..
Coper and chromium are critical catalysts for thyrodi functionality,  with
tdcj helath servcies aboragting my thyrodi mesd andnow no access to coper
andchromium,  nor even Iodne, thsi si affiamtievly  palcinglife in immineent
physcial  danger in all respects.;
#27. Travarsy Shead needs teh jcjacked appointment for  peripheral
neuropathy rescheduled, he is  ahving balance issues to where he is falling
wehn attemting basic movemenst liek tryignto walk adn perform daily tasks
folife so violation of such treatamnet  violates ADA adn ARA
AMERICAN WITH DISABILTIES ACT ADN AMERICAN REHABILITATION ACT.
#29. I haevnet ahd  abck brace in 20 yeasr and thsi is simple to obtian; arch
suports obtianed ne tiem  2008 tdc heatlh servvceis refuses to revnew such
a simple and basic item; Guerra, with diabetes is also aheviogn his rigsht
under AMERCIAN WITH DISABILTIES ACT AND AMERICAN REHABILIATION ACT WITH
DENAL AND MEDCIAL FOOT WARE ADN SUPPORT AS HE IS ALSO AHVIGN BALANCE
PROBLEMS AS WELL TOO
Seeatached where surgery signature is acomapnied with :
UCC 2-302; thsi invalidates  siganotory, thsi literlay means
:
UNCONSIONABLE CONTRACT". So, any dameg utmb and tdch healthservcies can still
eb held liabel for damges for permenat disfigurement;

SPEARS HEARIGN IS DEMANDED TO AHEV COURT  VISIBLY LOOK AT MY DAMAGED EYE
ADN THEN

Allcontent is staetd under purjury
barry Emmett

Shead                          USDC
Emmett
guerra et al

staet corp et al                    1:24-473

MOTION  FRO  LEAEV TO FEIL SANCTIONS

See enclosed sheet of aper denying acces to crrespondwith
cpalintiffs.; Guera and h Shead ahev medicla condtiitons that
need  toeb conveyed to emmett and  also haev no concept of
how to draft or respond to motiosn in this suit or any otehr
so communication with Emmett is critical in this  venture. this has
een denied by tdc sicne arriavl at unit the previous esxcuse was that i  did
notprovide teh phoen number to court. so this has becoem incessant denaili of
acces to courts and see where  tdc staet
"ACI"
deneid
This aviods individual accountabilitv so as to avoid litigation in this
amter thsi too is incessant as well too. and needs to be rectifeid as weil
imclassified as leglay blind and cant barley see a damn thing  with teh
internal *&$¢$% iacking theonly apri of glasses i ahevhad in 20 years  right
of me head whiel ahndcufed and im on unti with optometry and soem nurse
anemd RICHARDSON is denyingemacces tomedcial staitng i haev to provide her
with wieghtadn  blood presure b4  soem idiot with nothingmore than a nursgin
degree will  supposeidy se em and act  ileglay agsint teaxs medcial practiec
act and treat  chronic acer aptitein without any legia authroirtv what-so
ever; Np are required  to ahev actiosn signe by tri-part delegational system
wich never ocrurs at unit level. se also enceleod  where  LVN ( by whatever
anemeclosed)  dnies treatemnt on bmi . when i hevnt provide weight in
3 vers sepcificiv to abroagetd  tnis esexact ignarance and stupidity where
they claim bmi. Nutriton shakes ahev iodien 3 tiems daily  equals ahf of
wnat is reuired  so  bmi has no relevacne to request

The ocntent staetd herein is all doenso withpensalty of  puriury pursuant
to TEAXS RUELS OF CIVIL PROCEDURE 93 and 94.

Barry Emmett

( I will re-iterate that corut sorry medcial cut of gluten allergy
meald dsignation which  alone qualifes for IFP procedure. se SDOT 2108
 LEO BARNARD JUNIOR AGISNT MCCONNEL MEDCIAL STAFFING AND UNITS WARDENS AND
TDC EXECIUIEV DIRECTOR WHCIH HE WON AND ALSO GAIED TEH SAEM  NUTRITON SHAKES
WHICH  UNITMAJOR HO JOND DEELAP PERSONALY PROVIDED TO HIMPER COURT ORDER

P@ Guerra and Shead haev no legla knowledge  to litigaet case without em
and    inamtes helping each otehr has long been estaolsished in supreme
court so. whomever is oevr act.  thsi qualfies as denial by tdc executive
director hm himself.

#3.  STG gang inteligecn has desiganted me suspected member of aryan broterh
hood for helpingoto amnyfo them leglav: they are usign thsi as dsiguise to
abroaget my access to speakon phonewithmymoterh whomihaev spoken with sicne
i5 yrs ago on reguair absis and tehy are provdign idiotitic reply as to why
phoen ahs ben cut off toehr. eahc one ebign diferent frivilous issue so
to. thsi has ben intentioanly to abroaget my comuinciton of  beign cut off
to  communictecate withher on gluten diet beign cut off. adn nutriton shaeks
ebigncut off: These are both established rights. a see agin LEO ABRNARD
JUNIOR VX TDC EXECUTEV DIRECTOR( retried  tab aryan broterhhod will memebr fro
1980's.  i knew himon mcconnel and wentto rec with him; nes form saem nei-
ghborhod i ranaroundin dallas. du to tlakign with thsi ex ab and oterhs tdc
ash used my tlaks with suchaprteis and beign kind to peoepl to tag me as
ab supect whichiam not. but they are abusign thsi position to now  shut off
phoen access as to where emaislandamil discusing medcial issues are altere by
inteligence so sicne phoen conversation are more dificultto alter they ahev
cut off  phoenaccess forno reason; STG directrois actioanlbeaprtv to thsi
cist and  same  typeof issue is already aprt of suit at austin so i am
requesting sanction eb issued aginst tdc i executve director adn  teh corporati
iteslef  pursuantto texas ruels of civil procedure 33.

This ahs  goneon long enough where i haev bene  cut of acces to freeworld simp
for knwoigntooincuh adn tdc not wantign that information conveyed to
outisde wrold

#4. on this suit i adressed that i haev rare eye condition that requires 30 ti
tinted  eye galsses. due to light refraction beign compromising to proper sigh
in adavnced  bi lateria keratakonus. tdc has just denied 200 incomming picture
form company i ahev  doen busines with over 16 yrs. Im requestign that
TRO and injuctions isue to prevent tdc form stopping these incomming
pictures as this violates principles of  SPECIAL NEEDS OFFENDER EXECII
EXECUTIEV IDRECTIEV whereas  sepcial consideracionis to be  provided to
inamets with medciai o conditions liek my seif that ahve disabilities . so
this has already benaddressed where i ahev ben reuqestingtoreceiv my
personaly amil sicne the tablet light retraction is damagin ot my  eye and
iahev documenetd porof o f  of utmb acknowldgin this same fact. so.
if thsi court does not isue injunctions agints all aprteis tehn  AMERICAN
WITH DISBAILITEIS ACT WILL EB V1OLAETD ALONG WITH AMERCIAN REHABILITATION ACT
ASWELLTOO..

$5. tdc helath servcies overriode illeglay my gluten aieregn diet . and now te
refuse to sell rice in any form. whiet. brown, or  rice with ne beans eiterh
as wel.   sicne thsi VIOLATED "DECEPTIE TRADE AND PRACTICES ACT UNIFROM
COMERCIALCODE ANNOATTED CHAPTER 11, UCC. codified TEAXS BUSINESS AND COMMERCE
CODE ARTICLE 1

page 3. sanctions tro ~~1:24-473~~
dated 6-17-2024

I amamiling encloseureof ilegla ocnfiscation of mail comming to
prison which violates  AMERICAN WITH DISABILTIES ACT SICNWE I AHEV MEDICAL
OCNDITION WITH  EEYS THAT CASUES APINADN  SUFFERING  DUE TOI LIGHT EXPOSURE
 TDC NEDS TO EB REOUIERD TO COMPLY WITH THEIR  OWN INERPRETATIONOF ADA WHICH
IS CALLED SPECIAL NEDS OFFENDER  DIRECITEV WHICH THEYWON EVEN  PROVIDE OR
PRODCUE SO

MOTIONFORLEAV TO  COM COMPELL PRODUCITON FO DSIABILITY RIGHST  AS
POMULAGETD BY TDC EXECUTIVE DIRECTORS OFICE CALED

"SPECIAL NEEDS OFFENDER EXECUTIVE IDRECTIEV"

This expaiins that iam ailowedot get glassesd sent  in diretly thru teh amil
and also that tdc is toamke exceptiosnfor inamtes with disabilites  liekmine
where light is exteremlydamagind to eyes teh tabeit light is to bright to
utilize on constant and reguair basis. so i  am requesitgn tdc be force to
liwzo my ½hysical amilk internaland aiso pictues as well too;. I am
provdign this court recodrs form 2011 whcih shows  30 tinted refracted
glasses ordered due to mecdial compplications form adaan adavcned kera
tacnus. Im requestign that this be under sela and will fiel seperaet motion
formedcial recoisrremain under seal

internal grieavnces on isues of  commissary is enclsoed as well with
medcialrefsuing to  respond to medicla griavcnes which proves claim that
tdci heith services is apicinglife in daneg and tnat of my co plaintiffs as
weli to. so  thsi exacerabets need to ehlp Shead with his neuropathy isue and
gueras diabetic issues as wellsicen teh only reieif is tehcourt with my beign
dual doctoraet  i am tehonly reieif they will ahev sicne utmb as you can see
will not porces greiavcnes any more or respond tosuch adn speciflcv due to
em filign agisnt  step 2 greiavcne investigaotrs  in lawsuits teh  cowards
will no ioneqr palce  tneir specific ames on the step 2 greiavcnes when it inv
involves chronic care isues thsi is specifly amndated by utmb policv to haev
ben reered tro  UNIVERSITY TEAM MANGEMENT OVERSEEN BY  VICE PRESIDENT  WOEN
MURAY. Which is not beign complied with as well.  sanctiosnshoudlissue also
agisnt tdci helath servcies for contractuai defficeins here  thsiviolates
8th amendemnt in refusla toadress internal greiavances as well. having litigat
does not abroaget eh aces tomedcial treatement; also tdc shoudhd be sanctioend
for  disposla fo mail to TEXAS MEDCIAL EXAMINERS BORD tosek medcial
attention; Proof oflai thsi is onl  bi lateral law suit

EMMET VEVRSUS  IRS CORPORATION AND  UNITED STAET POSTAL SERVICE CORPORATION
AND  STAETFO TEAXS CORPORAION .  see 1:24-489
I acn asure aliparties that are involved i iwlidamnwell eb  pursuing
-489 as well as 473. but agin be advised that i f field 2 copies  of
-437 beleivign that initialwas ieglay disposed of. so -474 is  duplicatiev
damn near guarenteed and maiestraet  will need to analyze if thsiis true andif
so iitigants ahv no intentionto eb  amlicious and  wili non suit -474

page 4. daetd 6- 17-2024

CERTIFICATE OF SERVCIE ATTORENY GENERLAS OFCIE WILL RECEIVE COPY OF THSI FILING

#5. I wrote entiere bookon thyrid  physiology and also wnatteh courtot cadres  tc abroagting nutriton shakes with 3 tiems dialy  nearing 75 mcg Iodien wehn thsiis half of RDA.LAso law suit  6:21-243 specficiv atacks dtc for utilizing teh  illegia sodium alumino silicate( see 6:20-655 globl packgin slat lisitng 100 percnet alumino silicae). i haev no way to acces lsat iod iodien without sufering  sever damage to thvrodi and brain as its long bendetermeind thatth 100percnet alumno silicate was out lawed in teh 70's dueto corelaiton with brian damage and demntia : so now glaobo just lists slat and dtc ahs startsed to use sdoiudm alimino silicate in thier water supplies as  well as  arsencis and anitmimony ( se lab reports 6:21---02 )

Of the court ahs the kindnes and ocnsiderationto plaease expediet a fair reviewof this amter id be over joyed and graetfel to such

Barry Emmett ND: PHD

#6. Concerning systematic staffign shoratges.  we added on imaet kevin Moss wh who voushould haev receievd affiaaivt from palcign his anem tosuit:  hes curectly beign deneid acces to 15 yrs order of insulin 3 tiems daily due to medicla citign tdc stafign shorategs. sicne i ahev already addressed that congress be forced to fill tdc  to 100 percent eveis of staffign so our lives  are notin dnager with lack of rac ad medcial escorst ofr seg inamets etc.  ill re-emphasize that taht tdc and abbot adn all txas congress be froced to fill tdcto 1200 percent so peoepel liek Moss wll not suffering accesss to basci medicla treatemnt  predicated upon aickot staffing.
#7. I amon unit with optical. and cannot even obtian optometry appointment so. sicne all of thsi is addressedwith 20 yrs denail fo glasses im requestign thsi court issue injucntions aginst TDCj EXECIUITiEV DIRECTROIN AUSTIN TO PROVIDE ABSIC MEDCIAL SERVCIES SUCH AS   TEH TWENIY YR DENAIL  OF OPTOMETRY ADN THAT TDC EXECIUIVE ALSO BE FORCED TO SEE THAT  HIS ANG INTELLGIENCE STG  CEASE PALYINGLITTEL REINDEER AGEMS WITH MAIL AND PHOEN: ALSO SAME DEPART MENT IS USING WYNNE UNIT COMPUTER PROGRAMTO HACK MY EMAILS TO RELIGIOU'' ORGANIZATION CALELDALEPH WHOM CERIF CERTIFEIS TEH KOSHERNESSOF TEH APCKAGED KOSHER MEALS AND ALL PASOEVR ITEMS... Rabbit Bentzi geinsinski and Rabbi groner Cahim can both atest to amnifestation that emaisli sned tehm on ad vocayisues are illegiav alterd by STG adn undeceipherbael. todate  2 yrs that Jahevnot been able to comprehedn sicngel emails and sepcifly staetthey can se wherfe  they emaisl ahev items deleetd so as to  confuese tehm as to what assitance i am sekingin what im stating tothem. I also ahd recent disposl of all legla wrok which was repalced thru motiof for sanctiosn ru3i 11 like this: what tdc fialed to repice is mypersonal T TEXAS LEGLA DIRECVTRO VOLUME OBE ONE

paeg 5 tro sanction ~~tlel 1:24-473~~ versus STAET CORPORATION

ENC:
ATTATCHED WILLSHWO UTMB ORDER1GN  30 % tinted glasses:
it willalso shwo confiscation of incommingmail in violation of
SPECIAKL NEEDS OFENDER I DIRECTIEV WHICH IS ALSO ADDRESSED ALREADYIN SUIT

- AFFIDAIVT SHOWING ADDITIOAN APRTEIS TO SUIT ON SYSTEMATIC ISSUES
RELIGION: STAFF SHORTAGE. DENAIL OF REC INCESSANT: ABROAGTIONFO ABSIC
FOOD SERVCEI THAT IS HELATHY AND NUTRICIOUS

Barry Emmett  ND: PHD

Kind and resepcfully submitted

WARNINGIF SOEMOF THESE ISSUESARE REDUNDAN IN ANIURE YOU CAN BALME TDC FOR
INTENTIOANL DAAMGNG  INAMETS MINDS WITH SODIUMALUMNOL SILIACET AS ADDRESSED
ALWSUIT 6:21-243 and toxic metals in water
see also prood at 6:21-0002 . filed with 4 seperaet lab reporst proving
toxic metla infestation over ocurse of alst
 ten years so any rpe pe repetatiev issues

The issue addressedwith phone abroagtion. now appliesalso to kevinMoss
and issue if of email abroagtion appliesnow to travarsu Shead as well as
i haev bene personal witness to bothissues as well so.
 Restrainst are sought alongwith injucntions  on such endeavors. and thsi
is STG doing saemissue of when call button is  pressed ten tablet goes abck
toamil scren an  securus  is lying tomyfmaily statign totehm that phone
just ned more money on acount; then secure us trouble h shooting says just
ry to  turnotf tabelt  adn trun abkc on. and that hsoudlsolve problme when
it tdc  agng intelligence that developed algorythyrm that aatcks specifc
ianmets that amke any forms of compalinst by shuttign off theri phone
acss for  no reason.

All agin is staete under pealty of purjury


---------------------------


---------------------------

legal

TO: ATTN: SENIOR DISTRICT JUDGE

UNITED STATES DISTRICT COURT

800 FRANKLIN AVENUE #380

WACO, TEXAS, 76701

MAILED 6-17-24
16 pages typed



from Dr. Barry Emmett N___ ___HD: 3201 farm road 929;
Gatesville texas : non domestic/UCC 2-302

783329

OFFENDER MAIL
___ED BY TEXAS
___ENT OF CRIMINAL
___ICE - CORRECTIONAL
INSTITUTIONS DIVISION



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

# WE CARE     US Postal Service

**DEAR VALUED POSTAL CUSTOMER:**

I want to extend my sincere apology as your Postmaster for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United States Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mailstream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

**YOUR POSTMASTER**